UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fatu Masallie,　　　　　　　　　　　　　　Case No. 19-cv-2548 (MJD/DTS)

　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　ORDER

Citibank,

　　Defendant.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated October 15, 2019. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. The case is DISMISSED without prejudice for failure to state a claim pursuant to 28 U.S.C. §1915(e)(2)(B)(ii); and

2. Fatu Masallie's application to proceed in forma pauperis [Docket No. 2] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 11, 2019  s/ Michael J. Davis
Michael J. Davis
United States District Court